John Gribben, Respondent, v. Hastings Homes Company and Others, Appellants.— Motion granted, without costs, and order resettled in the form presented by the defendant appellants. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Edward B. Grotte, Respondent, v. George C. Hudson, Appellant.— Motion denied, on condition that the appellant pay ten dollars costs, perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Klara Hacker and Others, Respondents, v. Joseph Carl Hacker, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of Ferdinand W. Buermeyer, an Attorney.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of James A. Davis for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of John B. Lord, an Attorney.— Motion denied. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of W. Vincent Robbins for Admission to the Bar.— Application granted. Present—Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Lands, etc. Hill View Reservoir, Section No. 1.— Motion for leave to appeal to the Court of Appeals granted, and questions proposed by the corporation counsel certified. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Judicial Settlement of the Account of Charles L. Van Doren and Edward L. Merritt, as Substituted Trustees, etc. Edward B. David, Appellant; Charles L. Van Doren, Individually and as Substituted Trustee, etc., and Another, Respondents.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of Dallett H. Wilson for Admission to the Bar. — Application granted. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Dora Kaplan, as Administratrix, etc., Appellant, v. Charles M. Beck and Another, Respondents.— Motion granted, on payment of costs in this court before argument. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.